IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03051-LTB

JM (MARIA J) FAY,

    Plaintiff,

v.

STATE OF CO,
CO PUBLIC UTILITIES, and
AT&T,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 22, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 22 day of January, 2013.

                    FOR THE COURT,

                    GREGORY C. LANGHAM, Clerk


                    By: s/ S. Grimm
                        Deputy Clerk